SCWC-12-0001050

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THE ESTATE OF CHESTER V. SCUPHOLM,
aka CHESTER VERNON SCUPHOLM, Deceased.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001050; P. NO. 08-1-0053)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Alm, in place of McKenna, J., recused)

Party-In-Interest/Appellant Kathleen M.S. Mikatich, aka

Kathleen Scupholm Mikatich's Application for Writ of Certiorari,

filed on December 23, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 3, 2016.

Gary Y. Shigemura and              /s/ Mark E. Recktenwald
Randall N. Harakal and
Stuart M. Cowan for                /s/ Paula A. Nakayama
party-in-interest/appellant
Kathleen M.S. Mikatich, aka        /s/ Richard W. Pollack
Kathleen Scupholm Mikatich
                                   /s/ Michael D. Wilson
Lyle S. Hosoda, Kevin T.
Morikone, Raina P.B. Gushiken      /s/ Steven S. Alm
and Addison D. Bonner, for
party-in-interest/appellee,
Karen L. Meredith, individually
and Mitzi A. Lee for
respondent/party-in-
interest/appellee Karen L.
Meredith, as Personal
Representative of the Estate of
Ruth Scupholm

